**Order entered March 13, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01470-CV

### MACARTHUR DAVIS, Appellant

### V.

### AMERICAN EXPRESS NATIONAL BANK, Appellee

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-14257**

### ORDER

Before the Court is appellant's March 12, 2020 motion for an extension of time to file his brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on March 12, 2020 filed as of the date of this order.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE